UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MULLANE,<br><br>             Plaintiff,<br><br>       - against -<br><br>PORTFOLIO MEDIA, INC. and AARON LEIBOWITZ<br><br>             Defendants. | Docket No. 1:19-cv-11496 |

## ASSENTED-TO MOTION TO EXTEND TIME

Aaron Leibowitz hereby moves pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure to extend the time for him to file his response to the Second Amended Complaint until fourteen days after the Court's decision on Plaintiff Jonathan Mullane's motion to remand. Plaintiff assents to this Motion.

Good cause exists for extending time as requested by Mr. Leibowitz.  On July 15, 2019, Plaintiff filed a Second Amended Complaint purporting to add Mr. Leibowitz as a defendant. Dkt. 15.  On July 18, Plaintiff filed a motion to remand on the basis that Mr. Leibowitz is a citizen of Massachusetts and that his presence in this case deprives this Court of diversity jurisdiction.  Dkt. 15.  Defendant Portfolio Media has opposed the remand motion on the basis that the Second Amended Complaint could not properly be filed without leave or written consent, and that pursuant to 28 U.S.C. § 1447(e) joinder of Mr. Leibowitz is not appropriate. Dkt. 18.  If the Court accepts these arguments, then, Mr. Leibowitz will not be a party to this case, and he will be under no obligation to respond to the Second Amended Complaint.

Portfolio Media Inc.'s response is currently due on August 15, 2019.  *See* Dkt. 10; Fed. R. Civ. P. 15(a)(3).

Mr. Leibowitz files this motion without prejudice to any objections or defenses, including objections to the filing of the Second Amended Complaint and his purported joinder as a defendant.

For these reasons, Defendant respectfully requests that this Court grant this assented-to Motion and extend the time for Mr. Leibowitz to file his response until fourteen days after the Court's decision on the remand motion.

Dated: August 5, 2019

Respectfully submitted,

*/s/ Rebecca M. Lecaroz*
Elizabeth A. Ritvo (BBO #421440)
Rebecca M. Lecaroz (BBO #666860)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
eritvo@brownrudnick.com
rlecaroz@brownrudnick.com

Elizabeth A. McNamara (to be admitted *pro hac vice*)
Adam Lazier (to be admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
lizmcnamara@dwt.com
adamlazier@dwt.com

*Attorneys for Aaron Leibowitz*

**CERTIFICATE OF CONFERENCE**

I hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Defendant and Plaintiff (who is appearing *pro se*) have conferred in good faith regarding the resolution of this motion. Plaintiff has indicated that he assents to this motion.

                                                */s/ Rebecca M. Lecaroz*
                                                Rebecca M. Lecaroz

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 5, 2019.

                                                */s/ Rebecca M. Lecaroz*
                                                Rebecca M. Lecaroz

63469447 v1