UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JONATHAN MULLANE, | ) ) ) | DOCKET NO. 1:19-CV-11496-PBS-JGD |
| *Plaintiff,* <br> v. | ) ) ) ) | |
| PORTFOLIO MEDIA, INC. <br> and AARON LEIBOWITZ, | ) ) ) ) | Removed from Suffolk County <br> Superior Court <br> Docket No. 1984-CV-01774 |
| *Defendants.* | ) ) ) | |

## STIPULATED MOTION FOR CM/ECF ACCESS

COMES NOW Plaintiff Jonathan Mullane (hereinafter, "Plaintiff"), and respectfully moves this Honorable Court for access to the CM/ECF platform and filing system. In support hereof, Plaintiff states that all Parties have assented to the instant request.

**WHEREFORE**, Plaintiff prays for the relief requested herein, *supra*.

DATED:   This 27th Day of August, 2019          Respectfully submitted,

                                                                                     _____
                                                                                     JONATHAN MULLANE,
                                                                                     Plaintiff (*pro se*)
                                                                                     60 Clyde Street, Unit #1
                                                                                     Somerville, MA 02145
                                                                                     Tel.: (617) 800-6925
                                                                                     j.mullane@icloud.com

## L.R. 7.1(a)(2) CERTIFICATION

Pursuant to L.R. 7.1(a)(2), Plaintiff hereby certifies that he conferred with counsel for Defendants via email correspondence, who assent to the relief requested herein.

JONATHAN MULLANE,
Plaintiff (*pro se*)

## CERTIFICATE OF SERVICE

I, JONATHAN MULLANE, hereby certify that on August 27, 2019 I served copies of the foregoing STIPULATED MOTION FOR CM/ECF ACCESS via first class mail, postage prepaid, to counsel for Defendants as specified below:

Rebecca M. Lecaroz, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
rlecaroz@brownrudnick.com

JONATHAN MULLANE,
Plaintiff (*pro se*)
60 Clyde Street, Unit #1
Somerville, MA 02145
Tel.: (617) 800-6925
j.mullane@icloud.com

2