UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MULLANE,   )<br>  )<br>   Plaintiff,   )<br>   v.   )<br>  )<br>PORTFOLIO MEDIA, INC., et al.,   )<br>  )<br>   Defendants.   ) | CIVIL ACTION<br>NO. 19-11496-PBS |

## REPORT AND RECOMMENDATION ON
## PLAINTIFF'S MOTION TO REMAND
## AND OTHER MISCELLANEOUS MOTIONS

November 19, 2019

DEIN, U.S.M.J.

### I. INTRODUCTION

This defamation lawsuit was filed in Massachusetts state court following an online article discussing an incident that occurred when plaintiff was a law student in Miami, Florida. Plaintiff Jonathan Mullane, a citizen of Massachusetts, filed his original and first amended complaints in state court against defendant Portfolio Media, which subsequently removed the case to federal court under diversity jurisdiction. (Docket No. 1). Shortly after removal, Mullane filed a new amended complaint naming Aaron Leibowitz, then a citizen of Massachusetts and a reporter employed by Portfolio, as an additional defendant. (Docket No. 12). Mullane then filed a motion to remand the suit to state court, citing the new lack of diversity created by the presence of Leibowitz. (Docket No. 15). For the reasons explained below, this court recommends to the District Judge to whom this case is assigned that Mullane's motion to remand this case to

1/2/20
The report and
recommendation is
adopted without objection.
Patti B Saris