```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

JONATHAN MULLANE,            )
                             )
    Plaintiff,               )
                             )       Civil Action
v.                           )       No. 19-11496-PBS
                             )
PORTFOLIO MEDIA, INC.,       )
                             )
    Defendant.               )
                             )

## ORDER OF DISMISSAL

Saris, D.J.

In accordance with the Court's Order, dated March 23, 2020 (Dkt. No. 90), it is hereby ORDERED, that the above-entitled action is dismissed.

3/23/2020                             By the Court,
Date
                                      /s/ Miguel A. Lara
                                      Deputy Clerk