# United States Court of Appeals
## For the First Circuit

No. 20-1372

JONATHAN MULLANE,

Plaintiff - Appellant,

v.

PORTFOLIO MEDIA, INC.,

Defendant - Appellee,

AARON LEIBOWITZ,

Defendant,

E. PETER MULLANE,

Interested Party - Appellant.

Before

Howard, <u>Chief Judge</u>,
Thompson and Barron, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: February 18, 2021

  Plaintiff-Appellant Jonathan Mullane appeals from the district court's dismissal of his defamation action following the district court's grant of Defendant-Appellee Portfolio Media, Inc.'s Fed. R. Civ. P. 12(b)(6) motion to dismiss. Also challenged is the district court's denial of E. Peter Mullane's motion to intervene. Briefing is now complete.

  First, after considering the jurisdictional arguments addressed in the parties' briefs, we conclude that the district court had diversity jurisdiction over the case pursuant to 28 U.S.C. § 1332 and that we likewise have jurisdiction to hear the appeal. <u>See</u> 28 U.S.C. § 1291.

  As to the motion to dismiss, after de novo review of the record and consideration of the arguments of the parties, we conclude that the district court did not err when it granted the motion

to dismiss based on the application of the Massachusetts fair report privilege. See Artuso v. Vertex Pharms., Inc., 637 F.3d 1, 5 (1st Cir. 2011) (standard of review); Yohe v. Nugent, 321 F.3d 35, 42–43 (1st Cir. 2003) (application of fair report privilege); accord Howell v. Enterprise Publ. Co., LLC, 455 Mass. 641, 654 (2010). Further, appellant's challenge to the "with prejudice" nature of the dismissal fails to convince.

As to the motion to intervene, we conclude that the district court did not abuse its discretion or otherwise err when it denied intervention. See Ungar v. Arafat, 634 F.3d 46, 50-51 (1st Cir. 2011) (factors for consideration and standard of review). The judgment of the district court is **AFFIRMED**. See Local Rule 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
E. Peter Mullane
Jonathan Mullane
Elizabeth A. Ritvo
Elizabeth Anne McNamara
Rebecca Lecaroz
Adam Lazier